No. 623. CHARLES B. KIMBELL ET AL., PETITIONERS, *v.* CHICAGO HYDRAULIC PRESS BRICK COMPANY ET AL. March 16, 1903. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Eighth Circuit denied. *Mr. Edmund H. Smalley* for petitioners. *Mr. Edward Cunningham, Jr.,* and *Mr. Edward C. Eliot* for respondents.

---

No. 628. HENRY C. PAYNE, POSTMASTER GENERAL, PLAINTIFF IN ERROR AND PETITIONER, *v.* UNITED STATES EX REL. NATIONAL RAILWAY PUBLICATION COMPANY. March 16, 1903. Petition for a writ of certiorari to the Court of Appeals of the District of Columbia granted. *Mr. Solicitor General Richards* for petitioner. No appearance for respondent.

---

No. 629. HENRY C. PAYNE, POSTMASTER GENERAL, PLAINTIFF IN ERROR AND PETITIONER, *v.* UNITED STATES EX REL. RAILWAY LIST COMPANY. March 16, 1903. Petition for a writ of certiorari to the Court of Appeals of the District of Columbia granted. *Mr. Solicitor General Richards* for petitioner. No appearance for respondent.

---

No. 636. WILLIAM A. WRIGHT, COMPTROLLER GENERAL, PETITIONER, *v.* LOUISVILLE AND NASHVILLE RAILROAD COMPANY ET AL. March 23, 1903. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Fifth Circuit granted. *Mr. Boykin Wright* and *Mr. John C. Hart* for petitioner. *Mr. Alex. C. King* for respondents.

---

No. 638. MEXICAN NATIONAL RAILROAD COMPANY, PETITIONER, *v.* NIEL JACKSON. March 23, 1903. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Thomas W. Dodd* for petitioner. No appearance for respondent.